| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| BRYAN KEITH RICHARDSON,<br><br>    Plaintiff,<br><br>versus<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | § § § § § § § § § § §     CIVIL ACTION NO. 1:18-CV-26 |

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Bryan Keith Richardson filed the above-styled lawsuit. The court previously referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by plaintiff be granted and this case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 17th day of April, 2018.

                                          MARCIA A. CRONE
                            UNITED STATES DISTRICT JUDGE